IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § § | CRIMINAL NO. H-09-585-1 |
| ABELARDO GUERRA | § | |

**O R D E R**

Defendant Guerra filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 124). The motion for continuance is GRANTED. The sentencing hearing is reset to **December 13, 2011 at 9:00 a.m.**

SIGNED on September 15, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge